## SUPERIOR COURT.

### BROWN AND ANOTHER agt. BRADSHAW.

Where a cause involves the examination of a long account, it is no objection to a motion for a reference that it had once been tried by a jury.

*November* 1852. A new trial was granted in this case at the last October term, and the defendant, upon the ground that it involved the examination of a long account, now moved for a reference. It was objected that as the cause had once been tried by a jury, and no objection to the items of the account had then been made, the motion was too late. The judges consulted by EMMET, J., were all of opinion that there was no force in the objection, since if the motion were denied it might be renewed upon the trial, and unless the account was then admitted it would be the duty of the judge to grant it. Under the pleadings, the defendant had a right to require each item in the account to be proved, and he was not precluded from demanding this proof by the course on the former trial.

EMMET, J., accordingly granted the motion.